# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **AGILENT TECHNOLOGIES, INC.,**<br>Plaintiff,<br>v.<br>**BRIAN C. PATTERSON,**<br>Defendant. | Civil Action No.: 8:23-cv-00193<br>**NOTICE OF SETTLEMENT AND MOTION FOR STAY PENDING PERFORMANCE** |

Plaintiff Agilent Technologies Inc. hereby notifies the Court that Agilent and Defendant Brian Patterson have agreed to resolve their dispute and executed a confidential Settlement Agreement. The Parties' Settlement Agreement provides a short period of time for a forensic remediation to ensure that none of Plaintiff's confidential materials remain in Defendant's possession. The parties anticipate filing a Stipulated Consent Judgment and Motion to Approve the same with the Court once the forensic remediation has been performed.

Agilent therefore respectfully requests that the Court STAY the pending action for a period not to exceed 60 days to allow the parties to complete performance of the Settlement Agreement and submit the Consent Judgment to the Court.

Dated:  12 April 2023						Respectfully submitted,

/s/ Michael J. Forbes
Peter J. Chassman (*pro hac vice*)
Michael J. Forbes (*pro hac vice*)
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
Email: pchassman@reedsmith.com
Email: mforbes@reedsmith.com

**ATTORNEYS FOR PLAINTIFF**
**AGILENT TECHNOLOGIES, INC.**

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the undersigned certifies that the parties have conferred on the Motion and the parties have AGREED to the relief requested in this Motion.

> */s/ Michael J. Forbes*
> Michael J. Forbes (*pro hac vice*)
> REED SMITH LLP