# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> BRIAN C. PATTERSON, <br> Defendant. | Civil Action No.: 8:23-cv-00193 <br> **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND STIPULATED PERMANENT INJUNCTION** |

Plaintiff Agilent Technologies Inc. and Defendant Brian Patterson having met, conferred, and agreed to resolve their dispute upon execution of a confidential Settlement Agreement, have stipulated to entry of the executed Consent Judgment and Permanent Injunction submitted herewith, subject to the Court's approval. The Parties therefore jointly respectfully request that the Court enter the attached proposed order resolving this case and issuing a permanent injunction.

Dated: May 24, 2023        Respectfully submitted,

*/s/ Michael J. Forbes*
Peter J. Chassman (Texas #00787233) (*pro hac vice*)
Michael J. Forbes (Texas #24074217) (*pro hac vice*)
REED SMITH LLP
1221 McKinney St., Suite 2100
Houston, Texas 77010

05/24/2023 10:40 AM

Telephone: (713) 469-3800
Facsimile: (713) 469-3899
Email: pchassman@reedsmith.com
Email: mforbes@reedsmith.com

**ATTORNEYS FOR PLAINTIFF**
**AGILENT TECHNOLOGIES, INC.**


<u>/s/ Daniel W. Anderson (by permission)</u>
Daniel W. Anderson, Esq.  FBN: 490873
13577 Feather Sound Drive, Suite 190
Clearwater, FL 33762
Telephone: (727) 329-1999
Email: danderson@floridalawpartners.com
Email: eserve@floridalawpartners.com

**ATTORNEY FOR DEFENDANT**
**BRIAN PATTERSON**

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AGILENT TECHNOLOGIES, INC.,

Plaintiff,

v.

BRIAN C. PATTERSON,

Defendant.

Civil Action No.: 8:23-cv-00193

**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION**

This matter is before the Court on the stipulation between Plaintiff Agilent Technologies Inc. ("Agilent") and Defendant Brian Patterson ("Patterson").

WHEREAS, in this Action, Agilent has filed a complaint which alleges that Patterson misappropriated Agilent's confidential, proprietary, and/or trade secret information;

WHEREAS, Agilent and Patterson have each agreed to settle the Action as set forth in a confidential Settlement Agreement ("Settlement Agreement");

WHEREAS, settlement of this Action allows Agilent and Patterson to avoid the substantial uncertainty and risks involved with prolonged litigation;

WHEREAS, settlement of this Action permits Agilent and Patterson to save litigation costs, as well as adhere to the judicially recognized mandate that encourages the settlement of litigation whenever possible;

WHEREAS, settlement of this Action serves the public interests by saving judicial resources;

WHEREAS, this [Proposed] Consent Judgment and Permanent Injunction is part of the settlement of the Action and has been narrowly tailored to remedy the trade secret violations alleged in the Complaint, and is a reasonable measure to protect Agilent's trade secret information;

WHEREAS, this Stipulated Consent Judgment and Permanent Injunction will provide important benefits to Agilent beyond the contractual agreement, including because it would allow Agilent to seek immediate relief from the Court for a violation of the injunction rather than to initiate a new lawsuit for breach of contract, and because a permanent injunction and consent judgment serves both Agilent's and the public's interests in deterring future wrongdoing; therefor

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, DECREED, and ADJUDGED as follows:**

1.  Patterson is **PERMANENTLY ENJOINED** as of the date hereof from using, accessing, and/or disclosing to any third party any confidential information of Agilent, as defined under 18 U.S.C. §1839(3), including any and all derivations therefrom.  Accordingly, to be clear, if Agilent voluntarily publicizes its confidential information, if this information is in the public domain, or if the

information is lawfully obtained, it shall no longer be considered Agilent confidential information.

2. Nothing herein is intended to interfere with Patterson's ability to diligently and fully perform his duties in the same field for any future employer, drawing upon his generalized knowledge and skills accumulated throughout his career.

3. This Action is dismissed with prejudice; provided, however, this Court shall retain jurisdiction over Agilent and Patterson for the purpose of enforcing the terms of this Consent Judgment and Permanent Injunction and over any disputes regarding the interpretation or enforcement of the Settlement Agreement.

IT IS SO ORDERED, DECREED and ADJUDGED this ___ day of _____, 2023.