UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AGILENT TECHNOLOGIES, INC.,**

      **Plaintiff,**

v.                                          Case No: 8:23-cv-193-MSS-AEP

**BRIAN C. PATTERSON,**

      **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion for Entry of Consent Judgment and Stipulated Permanent Injunction. (Dkt. 20) In the Joint Motion, the Parties represent that they have reached an agreement to settle the claims in this action and propose terms of a consent judgment and permanent injunction. (Id.)

Upon consideration and review, the Court determines that the Parties' stipulated Consent Judgment and Permanent Injunction is due to be **APPROVED**. Notwithstanding any language contained in the Consent Judgment and Permanent Injunction, this Order is entered on the **STIPULATION** of the Parties, not based on any independent review or findings by the Court other than as to venue and jurisdiction. More specifically and pursuant to Federal Rule of Civil Procedure 65(d)(1)(A) and the Parties' stipulation, this Order is entered to fully resolve the issues

raised by this case as between the Parties.

Accordingly, it is hereby **ORDERED** that:

1. The Parties' Joint Motion for Entry of Consent Judgment and Stipulated Permanent Injunction, (Dkt. 20), is **GRANTED**.

2. The Parties' stipulated Consent Judgment and Permanent Injunction, (Id. at 3 – 5), attached as an Exhibit hereto and incorporated by reference herein, is **APPROVED** and **ENTERED** by the Court.

3. The **CLERK** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of June 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party